IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

KEVIN FOSTER                                                                                          PETITIONER

V.                                         NO: 2:05CV00148 GH/JFF

LINDA SANDERS, Warden,
FCI Forrest City, Arkansas                                                                    RESPONDENT

**ORDER**

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr. There have been no objections.[1] The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is granted and that the Respondent is directed to (a) consider, within twenty days and in good faith, transferring Petitioner to a CCC for the last six months of his sentence, or for the remainder of his sentence if less than six months, in accordance with the factors taken into account by the BOP prior to its adoption of the December 2002 Policy; and (b) place Petitioner in conditions that will afford him a reasonable opportunity to adjust to and prepare for his reentry into the community during a reasonable part of the last ten percent of his term, to the extent practicable, not to exceed six months.

---

[1] Petitioner filed a reply on September 7th that he has no objections to the proposed findings and recommendations.

- 1 -

IT IS SO ORDERED this 9<u>th</u> day of September, 2005.

                                                */s/ George Howard, Jr.*
                                        UNITED STATES DISTRICT JUDGE