IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

KEVIN FOSTER                                                          PETITIONER


V.                             NO: 2:05CV00148 GH/JFF


LINDA SANDERS, Warden,
FCI Forrest City, Arkansas                                           RESPONDENT


## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter,
it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas
corpus pursuant to 28 U.S.C. § 2241 is granted and that the Respondent is directed to
(a) consider, within twenty days and in good faith, transferring Petitioner to a CCC for
the last six months of his sentence, or for the remainder of his sentence if less than six
months, in accordance with the factors taken into account by the BOP prior to its
adoption of the December 2002 Policy; and (b) place Petitioner in conditions that will
afford him a reasonable opportunity to adjust to and prepare for his reentry into the
community during a reasonable part of the last ten percent of his term, to the extent
practicable, not to exceed six months.

IT IS SO ADJUDGED this 9th day of September, 2005.


_____
UNITED STATES DISTRICT JUDGE